**THE SUPREME COURT OF TEXAS**
P. O. Box 12248
Supreme Court Building
Austin, Texas 78711
John T. Adams, Clerk

FILED IN
COURT OF APPEALS

FEB 0 7 1994

MELANIE KEETON
CLERK

February 2, 1994

Mr. Gary W. Sibley
3624 Oak Lawn Avenue, Ste. 100
Dallas, TX 75219

Mr. Robert T. Baskett
Burleson, Pate & Gibson, L.L.P.
2414 N. Akard Street, Ste. 700
Dallas, TX 75201-1748

Mr. Charles M. Bradshaw
P. O. Box 802049
Dallas, TX 75380-2049

RE: Case No. D-3869

Style: WILLFRED MENTIS, INDIVIDUALLY AND AS NEXT FRIEND OF WILLFRED
      MENTIS, JR. AND WARREN MENTIS, MINOR CHILDREN
   v. MICHAEL JOHN BARNARD
No. 89-3482-G in the 134th District Court, Dallas County
No. 05-91-00780-CV in the Fifth Court of Appeals

Dear Counsel:

     Today, the Supreme Court of Texas delivered the enclosed opinion/s in the
above referenced cause.
     Enclosed is the judgment of the Supreme Court of Texas as said judgment
appears in the Minutes of this Court. This is the judgment that will issue in
mandate form to the lower court if no motion for rehearing is filed or if a filed
motion for rehearing is overruled.

                    Respectfully yours,

                    JOHN T. ADAMS, CLERK

                    Peggy Littlefield
                    Chief Deputy Clerk

cc: Ms. Melanie Keeton, Clerk
    Mr. Bill Long
    Hon. James A. Baker
    Honorable Anne Ashby Packer

# THE SUPREME COURT OF TEXAS

## NO. D-3869

WILLFRED MENTIS, INDIVIDUALLY AND AS NEXT FRIEND OF WILLFRED MENTIS, JR. AND WARREN MENTIS, MINOR CHILDREN, PETITIONER

v.

MICHAEL JOHN BARNARD, RESPONDENT

ON APPLICATION FOR WRIT OF ERROR TO THE
COURT OF APPEALS FOR THE FIFTH DISTRICT OF TEXAS

## JUDGMENT

THE SUPREME COURT OF TEXAS, having heard this cause on writ of error to the Court of Appeals for the Fifth District, and having considered the appellate record and the argument of counsel, is of the opinion that the judgment of the court of appeals should be reversed.

IT IS THEREFORE ORDERED, in accordance with the Court's opinion, that:

1) The judgment of the court of appeals is reversed;

2) The cause is remanded to the District Court of Dallas County, Texas, for further proceedings in conformity with the opinion of this Court;

3) Willfred Mentis, Individually and as Next Friend of Willfred Mentis, Jr. and Warren Mentis, Minor Children, shall recover from Michael John Barnard, who shall pay, the costs in this Court and in the court of appeals.

A copy of this judgment and of the Court's opinion is certified to the court of appeals and to the District Court of Dallas County, Texas, for observance.

(Opinion of the Court delivered by Justice Doggett)
(Dissenting Opinion by Justice Cornyn joined in part
by Justice Spector)

February 2, 1994

**********